UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

HENG REN SILK ROAD INVESTMENTS LLC et al.,

                            Plaintiffs,                  19-CV-2680 (JMF)

                -v-                                            ORDER

SINO AGRO FOOD, INC. et al.,

                            Defendants.

------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The parties are hereby advised that the Court received the attached communication relating to this litigation.

SO ORDERED.

Dated: April 8, 2020
       New York, New York

                                                             JESSE M. FURMAN
                                               United States District Judge

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

March 13, 2020

Re: *Heng Ren Silk Road Investments, LLC, et al. v. Sino Agro Food, Inc. et al.*,
No. 19-cv-2680 (JMF) (SDA)

Dear Judge Furman:

I'm a minority shareholder of Sino Agro Food, Inc. ("SIAF"), and I have written to you in the recent past regarding the above referenced case. Today the Plaintiffs filed a Motion for Leave to File Document. They have asked for an additional three months (June 12th) to file their joint motion. If granted, that would mean that they have had the benefit of potentially material, non-public information for more than six months. This is disadvantageous to all non-Plaintiff shareholders. They negotiated the terms in October of 2019, so they know the terms, and I'm sure have already papered them. They continue to stall, and there is absolutely no need for such an extension. Our remaining concerns include the following:

1. We need assurances that there is no side deal.
2. We need assurances (affidavits?) that the Plaintiffs did not trade based upon the results of their private settlement negotiations, and the ultimate terms of the agreement. Again, trading volume spiked after they reached an agreement, and filed to have the case dismissed with prejudice.
3. This is a public company. I believe that it would be illegal for them to withhold material information from their shareholders for six or seven months. Isn't this why we are in Court in the first place? Lack of accurate and timely disclosure?
4. Don't allow them to stall any further. They know the terms. It should be weeks, not more months. We all continue to work, whether from the office, home, or disaster recovery sites. I've not been given any extensions to get my job done, nor do I expect any. You always reserve the right to extend deadlines if things deteriorate further.

We continue to be happy with your public rulings so far in this case. There is clearly smoke here as Plaintiffs tried to avoid disclosure, and are now further stalling the disclosure. The longer we have to wait, the further we are disadvantaged. Did they already sell their own holdings? Were they issued new shares that they dumped on the market? Did they buy more shares based upon information that we do not have? It's time to turn the screws on these guys. The stock continues to drop, and we've waited long enough to be on equal footing and understand where things are!

Thank you for time, and your attention to this matter.

Sincerely,

Shareholder, Sino Agro Food, Inc.

Thank You!