UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARNE H. FREDLY, HENG REN SILK ROAD INVESTMENTS LLC, HENG REN INVESTMENTS LP, derivatively on behalf of SINO AGRO FOOD, INC., <br><br>           Plaintiffs,<br><br>    v.<br><br>SINO AGRO FOOD, INC., LEE YIP KUN SOLOMON, TAN POAY TEIK, CHEN BOR HANN, LIM CHANG SOH.,<br><br>           Defendants,<br>    and<br>SINO AGRO FOOD, INC.,<br><br>           Nominal Defendant | Case No. 19-cv-02680 (JMF)<br><br>**PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF DERIVATIVE SETTLEMENT** |

To: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

      PLEASE TAKE NOTICE THAT, Plaintiffs, by and through their counsel, hereby move the Court, before the Honorable Jesse M. Furman, United States District Court Judge for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, Court Room 1105, New York, NY 10007, for entry of the [Proposed] Order Preliminarily Approving Derivative Settlement and Providing for Notice, agreed upon by all parties: (1) granting preliminary approval of the Settlement set forth in the proposed settlement agreement dated June 27, 2020 ("Proposed Settlement"), and filed contemporaneously as Exhibit A to the accompanying Declaration of Angus Ni, (2) approving of the form and manner for giving notice of the Settlement,

which is attached as Exhibit C to the accompanying Declaration of Angus Ni, and (3) setting a hearing date for final approval, and a schedule for various deadlines relevant to final approval.

This Motion is based this Notice of Motion, the following Memorandum of Points and Authorities, the accompanying Declaration of Angus Ni and exhibits thereto, the Declarations of Messrs. Peter Halesworth and Arne Fredly, the Declaration of Professor Daniel J. Morrissey, as well as the record in this action, and such other matters and argument as may be presented to the Court.

Dated: July 15, 2020

                                          **AFN LAW PLLC**

By: _____

                      Angus F. Ni
                      387 Park Ave S, 5th Floor,
                      New York, NY 10016
                      (646) 453-7294
                      angus@afnlegal.com

                      *Attorney for Plaintiffs*

# **CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2020, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Richard Babnick RBabnick@SRF.LAW

*Attorney for Defendants*

By: /s/ *Angus F. Ni*
Angus F. Ni