# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARNE H. FREDLY, HENG REN SILK ROAD INVESTMENTS LLC, HENG REN INVESTMENTS LP, derivatively on behalf of SINO AGRO FOOD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SINO AGRO FOOD, INC., LEE YIP KUN SOLOMON, TAN POAY TEIK, CHEN BOR HANN, LIM CHANG SOH., <br><br> Defendants, <br> and <br> SINO AGRO FOOD, INC., <br><br> Nominal Defendant | Case No. 19-cv-02680 (JMF) <br><br> **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF DERIVATIVE SETTLEMENT** |

To: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE THAT, on October 13, 2020, Plaintiffs, by and through their counsel, will move the Court, before the Honorable Jesse M. Furman, United States District Court Judge for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, Court Room 1105, New York, NY 10007, for entry of a [Proposed] Order Approving Settlement And Order of Dismissal With Prejudice.

This Motion is based this Notice of Motion, the following Memorandum of Points and Authorities, the accompanying Declaration of Angus Ni and exhibits thereto, the Second Declaration of Mr. Peter Halesworth, as well as the record in this action, and such other matters and argument as may be presented to the Court.

Dated: September 15, 2020

                          **AFN LAW PLLC**

By: _____

                          Angus F. Ni
                          387 Park Ave S, 5th Floor,
                          New York, NY 10016
                          (646) 453-7294
                          angus@afnlegal.com

                          *Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2020, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Richard Babnick RBabnick@SRF.LAW

*Attorney for Defendants*

By:  /s/ *Angus F. Ni*
Angus F. Ni