David Hallonsten
10 Rue de Décembre
BE-1200 Brussels
Belgium
Tel: +32 48424842 0

September 17th, 2020

United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

hallonsten@gmail.com

Please find attached, in line with the point 7 of the Honourable Judge Jesse M. Furman's Order of July 15th 2020 (Document 94) in the case 1:19-cv-02860-JMF, an objection to the proposed Settlement and the supporting documentation.

As evidenced by the account statement overleaf, I currently own 480.000 shares in SIAF.

I have not been involved in any other legal case during the last three years and have never objected to any settlement before in my life.

/s/ David Hallonsten

# Account statement

**HALLONSTEN DAVID**
17546516 · Kontonr 91091010279

| Aktier & börshandlat | Markn.kurs | Ansk.kurs (GAV) | Antal |
|---|---|---|---|
| 🇸🇪 AroCell AB (publ) | 3,75 SEK | 4,46 | 90 000 |
| 🇩🇰 Danske Bank A/S | 80,30 DKK | 108,11 | 1 000 |
| 🇸🇪 Diös Fastigheter AB | 61,75 SEK | 63,88 | 1 000 |
| 🇸🇪 MaxFastigheter i Sverige AB | 27,20 SEK | 27,80 | 5 000 |
| 🇸🇪 Nyfosa AB | 78,85 SEK | 42,16 | 4 000 |
| 🇸🇪 OXE Marine AB | 2,44 SEK | 1,09 | 125 000 |
| 🇺🇸 Sino Agro Food | 0,27 USD | 0,25 | 480 000 |
| 🇸🇪 SinterCast AB | 135,60 SEK | 86,88 | 4 000 |
| 🇩🇰 Skjern Bank A/S | 62,00 DKK | 68,02 | 2 100 |
| 🇸🇪 Swedbank AB ser A | 137,92 SEK | 151,69 | 2 000 |
| The Marketing Group plc | 0,00 EUR | 0,45 | 50 000 |

Comment: The broker being Swedish, the account statement is also in Swedish.

"*Antal*" means "*number*".