```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
HENG REN INVESTMENTS LP, et al.,                                   :
                                                                   :
                                Plaintiffs,                        :
                                                                   :          21-CV-9236 (JMF)
        -v-                                                        :
                                                                   :              ORDER
SINO AGRO FOOD, INC., et al.,                                      :
                                                                   :
                                Defendants.                        :
                                                                   :
-------------------------------------------------------------------X
                                                                   :
HENG REN SILK ROAD INVESTMENTS LLC., et al.,                       :
                                                                   :
                                Plaintiffs,                        :
                                                                   :          19-CV-2680 (JMF)
        -v-                                                        :
                                                                   :              ORDER
                                                                   :
SINO AGRO FOOD INC., et al.,                                       :
                                                                   :
                                Defendants.                        :
                                                                   :
-------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

As stated on the record during the teleconference held yesterday:

- Defendant Sino Agro Food Inc. shall file any opposition to Plaintiffs' motion to appoint a temporary receiver, *see* Case No. 19-CV-2680, ECF No. 115, no later than **December 9, 2021**. Defendant Sino Agro Food Inc. is cautioned that a corporation may appear in federal court only through licensed counsel, and "where a corporation repeatedly fails to appear by counsel, a default judgment may be entered against it." *Grace v. Bank Leumi Tr. Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006) (internal quotation marks omitted).

- No later than **November 22, 2021**, Plaintiffs shall serve Defendant Sino Agro Food Inc. (through its registered agent) and Defendant Lee Yip Kun Solomon (by email) with (1) a copy of the motion to appoint a temporary receiver and all supporting

papers; and (2) a copy of this Order.  No later than **November 23, 2021**, Plaintiffs shall file proof of such service on the docket.

- Richard Babnick and his law firm, Sichenzia Ross Ference LLP, are granted leave to withdraw as counsel from case number 19-CV-2680.  **The Clerk of Court is directed to update the docket accordingly.**

SO ORDERED.

Dated: November 19, 2021
      New York, New York

                                            JESSE M. FURMAN
                                       United States District Judge