```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
HENG REN SILK ROAD INVESTMENTS LLC et al.,                        :
                                                                  :
                              Plaintiffs,                         :
                                                                  :          19-CV-2680 (JMF)
        -v-                                                       :
                                                                  :               ORDER
SINO AGRO FOOD INC. et al.,                                       :
                                                                  :
                              Defendants.                         :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

The Court received the attached communication relating to this litigation.

SO ORDERED.

Dated: April 8, 2022
       New York, New York

_____
JESSE M. FURMAN
United States District Judge

| | |
|---|---|
| **From:** | Anders Olsson Fogelberg |
| **To:** | Furman NYSD Chambers |
| **Cc:** | Anders Olsson Fogelberg |
| **Subject:** | Verified Shareholder derivate Complaint against SIAF and Lee Yip Kun Solomon |
| **Date:** | Thursday, April 7, 2022 8:16:26 AM |

**CAUTION - EXTERNAL:**

Dear Judge
The Honorable Jesse M. Furman
United States District Court
Southern District Court of New York

I send you this letter as a follow up and further support to my letter sent to you on December 13, 2021.

I heard last week from an interview with one of the Plaintiffs, Arne H Fredly that they still are very determined to get a judicial review of
how SIAF´s " chinese" management has managed SIAF /an US
registered company/

During December 2021 and January 2022  there was a good momentum in the process.

In order to be able to follow the court case we registered an account
at your Pacer Service Center.

However , since January 2022 we cannot find any new information.
Why is it so?

As a representative of the many but relatively small shareholders,
we  see the legal process with you as the only solution to our vulnerable position.

We are afraid that  if the process takes too long time the chance to save the on going company or any value can be impossible.

Best Regards

Anders Olsson Fogelberg, Swedish shareholder since the start and
visited SIAF in China
Even today, on going contacts with
SIAF shareholders in US and other
countries

@gmail.com

First I want to
Thank you to the Plantiffs , Arne H Fredly,Heng Ren SILK and Investments LP, representing us all SIAF shareholders and the
US district court of New Your / an impressive work has been done and now will start/

Thank you Euro China Capital / Carl Fredrik Danielsson for agree to withhold an involuntary bankruptcy petition and believes that operating SIAF back to health may be more beneficial for all.

A custodial temporary receiver is appointed by the court and accepted by the plaintiffs
The custodial receiver is planned to official be appointed after signatures from the defender the 23 of December and the Plantiffs the 13 of Januari 2022.

"Within three days of that court Order , defendants Lee YIP Kan SOLOMON shall Surender to the Receiver all keys, keycards, key fobs, premises, personal the whole company.
The temporary Receiver will have the sole control of the whole company and stay in total oparational control of the company as long as required
for the Court to determine whether a new permanent custodian shall be appointed.

The Receiver shall file audited and update financial disclosures with SEC and give updates to the Company´s board, shareholders including Plaintiffs, and the Company's major creditors.[color=red][/color]

Furher , how is it planned to give information about the results of the actions to us  independent shareholders?

Best Regards

Anders Olsson Fogelberg, swedish shareholder since the start and visited SIAF in China


--
Anders Olsson Fogelberg


tel ███████████        mobil sv

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.